IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-00085-M

| | |
|---|---|
| LEVEL AT 401 LP, | ) |
| Plaintiff, | ) |
| v. | ) DEFENDANTS' JOINT MOTION TO |
| FIRST CO., EMERSON CLIMATE TECHNOLOGIES, INC. and COPELAND CORPORATION LLC, | ) STAY DISCOVERY |
| Defendants. | ) |

Pursuant to the Court's Order of June 19, 2020, Defendants First Co., Emerson Climate Technologies, Inc. and Copeland Corporation LLC move under Federal Rule of Civil Procedure 26(c) to stay discovery pending resolution of the fully-briefed motions to dismiss filed by Defendant First Co. (D.E. 29) and Defendants Emerson Climate Technologies, Inc. and Copeland Corporation LLC (D.E. 31.)

This Motion is supported by the reasons and grounds set forth in the accompanying Defendants' Memorandum of Law in Support of Their Joint Motion to Stay Discovery. Defendants respectfully request that the Court enter a stay of discovery until the pending and fully-briefed dispositive motions have been resolved.

The undersigned counsel certifies that there has been a good faith but unsuccessful effort to resolve this discovery dispute prior to filing this motion.

/ / /

/ / /

/ / /

/ / /

1

This 25th day of June, 2020.

| | |
|---|---|
| */s/ Rabee R. El-Jaouhari* | /s/ James E. Breitenbucher |
| Richard T. Boyette (N.C. Bar No. 7623) | James E. Breitenbucher (Wash. Bar No. 27670) |
| rtb@cshlaw.com | jbreitenbucher@foxrothschild.com |
| Rabee R. El-Jaouhari (N.C. Bar No. 49184) | Patrick D. McVey (Wash. Bar No. 8489) |
| rjaouhari@cshlaw.com | pmcvey@foxrothschild.com |
| CRANFILL SUMNER & HARTZOG LLP | FOX ROTHSCHILD LLP |
| Post Office Box 27808 | 1001 Fourth Avenue, Suite 4500 |
| Raleigh, NC 27611 | Seattle, WA 98154 |
| Tel 919-828-5100/Fax 919-828-2277 | Tel 206-624-3600/Fax 206-389-1708 |
| | |
| *Attorneys for Defendant First Co.* | /s/ Mark A. Finkelstein |
| | Mark A. Finkelstein (N.C. Bar No. 13187) |
| | mfinkelstein@foxrothschild.com |
| | FOX ROTHSCHILD LLP |
| | 434 Fayetteville Street, Suite 2800 |
| | Raleigh, NC 27601 |
| | Tel 919-755-8700/Fax 919-755-8800 |
| | |
| | *Attorneys for Defendants Emerson Climate Technologies, Inc. and Copeland Corporation LLC* |

# CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2020, I electronically filed the foregoing DEFENDANTS' JOINT MOTION TO STAY DISCOVERY with the Clerk of Court using the CM/ECF System, which will automatically send a notice of electronic filing to the following persons registered for ECF as of this date:

| | |
|---|---|
| Michael W. Knapp | Richard T. Boyette |
| Matthew S. DeAntonio | Robert El-Jaouhari |
| Bradley Arant Boult Cummings LLP | Cranfill Sumner & Hartzog LLP |
| 214 N. Tryon Street, Suite 3700 | 5420 Wade Park Blvd., Suite 300 |
| Charlotte, NC  28202 | Raleigh, NC  27611 |
| | |
| *Attorneys for Plaintiff Level at 401 LP* | *Attorneys for Defendant First Co.* |

This 25th day of June, 2020.

/s/ James E. Breitenbucher
James E. Breitenbucher (Wash. Bar No. 27670)
jbreitenbucher@foxrothschild.com
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
Telephone:   206-624-3600
Facsimile:   206-389-1708

*Attorneys for Defendants*
*Emerson Climate Technologies, Inc. and*
*Copeland Corporation LLC*